UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCIO DEL CARMEN RODRIGUEZ,
                    Petitioner,

-v-

THOMAS DECKER *et al.*,
                    Respondents.

20-CV-2801 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A telephonic hearing on Petitioner's application for an order to show cause on her motion for a temporary restraining order and preliminary injunction is hereby scheduled for Friday, April 10, 2020 at 10:00 a.m. The parties are directed to call (888) 557-8511 at the scheduled time. The access code is 9300838. Respondents are directed to file a written response to Petitioner's motion on or before Thursday, April 9, 2020, at 12:00 p.m.

SO ORDERED.

Dated: April 7, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge